# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| KEITH DAVIS, | | |
| Petitioner-Defendant, | No. | C 04-0138-LRR |
| vs. | No. | CR 03-0015-LRR |
| UNITED STATES OF AMERICA, | | **ORDER** |
| Respondent-Plaintiff. | | |

_____

The matters before the court are Defendant Keith Davis's Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (docket no. 78), and Chief Magistrate Judge John A. Jarvey's May 23, 2005 Report and Recommendation (docket no. 85) in which he recommends denying Defendant's Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Congress has provided that this court may designate a magistrate judge to submit "proposed findings of fact and recommendations for the disposition . . . of applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement." 28 U.S.C. § 636(b)(1)(B), (C).

The district court judge is required to make a de novo determination of those portions of the magistrate judge's report or recommendation to which the movant makes specific objections. 28 U.S.C. § 636(b)(1); *see also United States v. Lothridge*, 324 F.3d 599, 600 (8th Cir. 2003). The district court judge may accept, reject, or modify, in whole or in part, the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1);

*see also United States v. Trice*, 864 F.2d 1421, 1424 (8th Cir. 1988).

Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's report and recommendation on dispositive motions, where objections are made, as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b). In this case, Defendant has not filed an objection to the Report and Recommendation. The court adopts Chief Magistrate Judge Jarvey's May 23, 2005 Report and Recommendation in its entirety.

## *CONCLUSION*

**IT IS HEREBY ORDERED**:

(1) The court **DENIES** Defendant Keith Davis's Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (docket no. 78).

(2) The court **ADOPTS** Chief Magistrate Judge Jarvey's May 23, 2005 Report and Recommendation (docket no. 85).

**SO ORDERED.**

**DATED** this 14th day of June, 2005.

_____
LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA